MARY KENNEDY, Appellant, *v.* MARGARET L. TAAFFEE, Respondent.

Argued April 14, 1943; decided May 27, 1943.

*John F. X. Browne* for appellant.
*Walter L. Glenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.